M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2024 SEP 30 P 12: 27

DeAndre Currington )
Full name and prison name of
Plaintiff(s)

v.

Commander Jenecer )
Chief Bryant )
Coprol/Christin Felkerd. )

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

CIVIL ACTION NO. _____
(To be supplied by Clerk of U.S. District Court)

1:24-cv-00612-ECM-JTA

I.  PREVIOUS LAWSUITS

A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☑  No ☐

B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ☐  NO ☑

C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1.  Parties to this previous lawsuit:
       Plaintiff(s) DeAndre D. Currington

       Defendant(s) Chris Jenecer, Dustin Felk, Michael Bryant.

   2.  Court (if federal court, name the district; if state court, name the county)
       In The United States District Court for The Middle District of Alabama Southern Division.

3. Docket number __N/A__

4. Name of judge to whom case was assigned __Id. Keith Watkins United States District Court Judge.__

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) __Dismissed without Prejudice.__

Round or About
07-18-22 →

6. Approximate date of filing lawsuit __~~December 26th 2022~~__ error

7. Approximate date of disposition __December 28th, 2022__

II. PLACE OF PRESENT CONFINEMENT __Dale County Jail Ozark, Alabama 36360...__

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED __Ozark Alabama 36360__

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME / ADDRESS

1. Dustin R. Falk  275 North Union Ave. Ozark
2. Alabama 36360.
3. Chris Juneau 275 North Union Ave. Ozark
4. Alabama 36360...
5. Michael Beauit 275 North Union Ave.
6. Ozark, Alabama 36360...

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED __June 6th, 2022.__

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: "False imprisonment

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

While Doing or Conducting The Arrest of The plaintiff on June 6th, 2022, officers Juneau, Folk, Byrant of the Ozark police Department Contacted me Due To A phone call made By Amy Reddicks of Ozark Alabama

GROUND TWO: 36360. Saying The plaintiff looked Suspicious standing Across The street.

SUPPORTING FACTS: The said officers used force To Arrest The plaintiff In which plaintiff was Tased with A "Stem Drive" And Injured To The Right side of his Ribs. Plaintiff was charged with stalking 1st, Assault 2nd Attempted to Elude and Resisting Arrest And Another charge. officer folk charged

GROUND THREE: me with stalking 1st Concerning A Female named April N. Greenwood whom lived Downe The street at 283 Herring Ave.

SUPPORTING FACTS: Ozark Ala. 36360. Whom had Nothing to do with The initial phone call of Amy Reddicks. Officers "Folks" supplied false information To The magistrate Judge To obtain A Arrest warrant for DeAndre Currington, The plaintiff. By stating he was stalking, And "Threatening" Ms. Greenwood. Which was Not True. Cause The Incident had nothing To Do with Ms. Greenwood "At All". The plaintiff filed A Civil Action Lawsuit Against The said officers In This Complaint.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

The plaintiff Request This Honorable Court To order The defendants To Pay The Sum of $250,000 To The plaintiff for Violating Plaintiff Consititutional Rights "False imprisonment" And mental Anguish and Any other moves This court Deems.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  9-25-24
                (Date)

_____
Signature of plaintiff(s)

And To The Amendment of T

DeAndre Currington
P.O. Box 279
Ozark, Ala. 36361.



DALE CO. JAIL
INSPECTED

Office of The Clerk
United States District
Court One Church St.
Suite B-110 Montgomery,
Alabama, 36104-4018.

— Civil Division —

26-57